**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff(s), )<br> )<br>vs. )<br> )<br>TERI LIGHTSEY, )<br>　　　　　　　Defendant(s). )<br> ) | Case No. 2:16-cr-00249-JCM-CWH<br><br>ORDER<br><br>(Docket No. 5) |

Pending before the Court is a stipulation to continue the initial appearance of Defendant. Docket No. 5. The Court ruled from the bench on that request as presented by the Federal Public Defender, Docket No. 6, the pending stipulation is **DENIED** as moot.[1]

IT IS SO ORDERED.

DATED: August 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Moreover, the attorney filing the stipulation for Defendant is not her counsel of record, so the stipulation is improper.